FILED
JUL 27 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-473-KJD (GWF) |
| JOSE RIVAS, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT JOSE RIVAS

On April 27, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant JOSE RIVAS to the United States of America. Docket #49.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant JOSE RIVAS.

DATED this 27th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE